

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of K.S.M. and G.M., Children

No. 06-12-00108-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 78035). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Natalie Davis, pay all costs of this appeal.

RENDERED JANUARY 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk